FILED

2014 APR 24 AM 11:55

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
_Ocala_ Division

## CIVIL RIGHTS COMPLAINT FORM

Mr. Kirstin Sconiers
#0220959

CASE NUMBER: 5:14-cv-237-OC-10PRL
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Marion County Sheriffs - Officer - Corrections" Officer - "Mr. Lockhart".

Etc. All. Individually and in His Official Capacities.

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Marion County Jail.
   (Indicate the name and location)
   700 NW 30th Avenue. Ocala, Fla. 34475.

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)                                         1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): N/A - NOT - APPLICABLE

      Defendant(s): N/A NOT - APPLICABLE

   2. Court (if federal court, name the district; if state court, name the county):
      N/A - NOT - APPLICABLE

   3. Docket Number: N/A - NOT - APPLICABLE

   4. Name of judge: N/A - NOT APPLICABLE

   5. Briefly describe the facts and basis of the lawsuit: N/A NOT - APPLICABLE

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): NOT - APPLICABLE. N/A

   7. Approximate filing date: N/A - NOT-APPLICABLE

   8. Approximate disposition date: N/A - NOT - APPLICAB

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: __NOT-APPLICABLE__.

__N/A__

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: ~~xxxxxx~~ MR. KIRSTIN SCONIERS.

Mailing address: MARION COUNTY JAIL. 700 NW. 30TH AVENUE. OCALA, FLORIDA. 34475

B. Additional Plaintiffs: NOT-APPLICABLE.

N/A.

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: ) " MR. LOCKHART " C /MARION CO SH.OFF.

Mailing Address: MARION COUNTY SHERIFFS OFFICE). 700 NW. 30TH AVENUE. OCALA, FLORIDA. 34475.

Position: MARION COUNTY CORRECTIONS "OFFICER".

Employed at: MARION COUNTY SHERIFFS OFFICE.

D. Defendant: NOT Applicable. N/A

Mailing Address: Not Applicable. N/A

    Position: N/A - NOT-APPLICABLE

    Employed at: N/A - NOT-APPLICABLE.

E.    Defendant: N/A - NOT-APPLICABLE.

    Mailing Address: N/A - NOT-APPLICABLE.

    Position: N/A - NOT-APPLICABLE

    Employed at: N/A - NOT-APPLICABLE.

F.    Defendant: N/A - NOT-APPLICABLE.

    Mailing Address: N/A - NOT-APPLICABLE

    Position: N/A - NOT-APPLICABLE.

    Employed at: N/A - NOT-APPLICABLE.

G.    Defendant: N/A - NOT-APPLICABLE.

    Mailing Address: N/A - NOT-APPLICABLE.

    Position: N/A - NOT-APPLICABLE.

    Employed at: N/A - NOT-APPLICABLE.

V.  **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

DUE TO "SECTION 1983. LITIGATION" AND DUE TO THE "DEPRIVATION OF CONSTITUTIONAL RIGHTS." "MY RIGHTS HAVE BEEN VIOLATED". DUE TO "U.S. CONSTITUTIONAL 4TH AMENDMENT. AND 8TH AMENDMENTS. ("USE OF FORCE by GOVERNMENTAL OFFICIALS") AN "(UNREASONABLE FORCE CLAIM UNDER THE 4TH AMENDMENT.) CRUEL AN UNUSUAL PUNISHMENT

VI. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

ON 2-13-14. I WAS SITTING IN A INTERVIEW ROOM SEEING MY "ATTORNEY" PERTAINING A CASE. PENDING TRIAL. AS I LEFT THE SEAT I WAS SITTING IN. "CORRECTIONS" OFFICER "MR. LOCKHART" TOLD ME TO "SIT BACK DOWN". I COMPLIED. THEN HE STATED FOR ME TO "STAND UP". THEN HE SAYS "SIT BACK DOWN". I BECAME IRRITATED AT THESE "DISRESPECTFUL COMMANDS". AND I ASK THE

OFFICER "WHAT GAMES ARE YOU PLAYING"?. AT THAT MOMENT HE BEGAIN "PEPPER-SPRAYING" ME IN THE FACE. THEN, HE ORDERED ME TO "GET ON THE GROUND" "I COMPLIED" AS HE FORCED ME AS WELL. HE THEN STATED TO ME "YOUR A STUPID NIGGER". "AS HE SAY THIS, HE "SLAPS" ME IN THE FACE". BE ADVISED HE HAD "NO" REASONS TO USE "PHYSICAL FORCE", AS I COMPLIED. "THEN AS I LAY "FLAT" ON MY "STOMACH" AND HE'S WITH KNEES IN MY BACK". HE "SEXUALLY-ASSAULTS" ME. BY "FORCEFULLY"-"STICKING" HIS "INDEX FINGER" INSIDE OF MY "ANAL". "BUTTOCKS". — I YELLED FOR ASSISTANCE. AND WAS TRANSPORTED TO A SHOWER AT THIS TIME MY "ANAL" WAS VERY SORE. "PAINFUL". AND I HAVE BEEN SUFFERING "PSYCHOLOGICALLY" LOSING SLEEP, NIGHTMARES OF BAD THINGS. ETC. SOMETIMES I DON'T EVEN EAT. DUE TO STRESS. "BE ADVISED ME AND THIS CORRECTIONS OFFICER HAD A "BAD CONVERSATION". DUE TO "MIS-TREATMENT". ALSO I WAS "HANDCUFFED" DURING THESE EVENTS, FROM BEING A "RED-SUIT - INMATE". WHICH IS A REQUIRED PROCEDURE FOR MARION COUNTY JAILS (A-6-SECTION INMATES.)

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

DUE TO MY "PSYCHOLOGICAL" DAMAGE, AND, EMOTIONAL STRESS — PHYSICAL PAIN AND SUFFERING. — PUNITIVE DAMAGES IN THE AMOUNT OF $15,000. ALSO →

DC 225 (Rev 2/2012)                                                                 6

"~~Compensation of~~ ~~Punitive Damages~~"

I ASK FOR "MONETARY" - AND "PROSECUTION" FROM AND TO THE MARION COUNTY SHERIFFS "OFFICER" MR. LOCKHART "DIVISION OF OCALA, FL. AND A "CIVIL" "LAW-SUIT" OFFICER MR. LOCKHART VS. THE MARION COUNTY SHERIFFS OFFICER. DIVISION OF OCALA, FL. ALSO THAT I BE - "TRANSFERED", TO ~~____~~ - ANOTHER COUNTY'S CORRECTIONS FACILITY. DUE TO MY CLAIMS AGAINST THE COUNTY, WHICH I AM INCARSIRATED. FROM "MISTREATMENT" AND "RETALLIATION". AGAINST ME. I ASK COMPENSATORY DAMAGES IN THE AMOUNT OF $80,000.00. AND IF YOU MAY. PLEASE APPOINT COUNSEL FOR REPRESENTATION

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 25TH day of MARCH, 2014.

_____
(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 4TH day of APRIL, 2014.