UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:14:cv-237-Oc-10PRL

KIRSTIN SCONIERS,

      Plaintiff,
vs.

FNU LOCKHART,

      Defendant.
_____/

## DEFENDANT'S SECOND AMENDED RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

Defendant, Jesse Lockhart, by and through his undersigned attorneys and pursuant to Rule 34, of the Federal Rules of Civil Procedure, hereby serves his Second Amended Responses to Plaintiff's First Request for Production, served upon Defendant, as follows:

2. Attached are copies of Plaintiff's Medical Records received by Subpoena Duces Tecum from Ocala Community Care/Marion County Jail.

1

**EXHIBIT 1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Defendant's Second Amended Responses to Plaintiff's First Request for Production was served by U.S. Mail this 10th day of April, 2015, upon: Kirstin Sconiers, DC# X42709, Suwannee Correctional Institution, 5964 US Hwy 90, Live Oak, Florida 32060.

/s/ *(signed for)*
JOHN M. GREEN JR.
Florida Bar No. 0107993
John M. Green, Jr., P.A.
125 N.E. First Ave., Ste. 2
Ocala, Florida 34470
Tel: (352) 732-9252
Fax: (888) 545-7282 – Toll Free
jmgjr@mac.com
Attorneys for Defendant