

# INMATE DETAILS

| Booking Number | Booking Date | Date Released | Inmate ID | Scheduled Release Date |
|---|---|---|---|---|
| 1300037874 | 10/18/2013 06:30 | 06/23/2014 09:05 | A0220959 | 06/16/2014 09:00 |

| Last Name | First Name | Middle Name | Location |
|---|---|---|---|
| SCONIERS | KIRSTIN | STEVEN | |

| Race | Sex | Date of Birth | Status | Booking Age | Eye | Hair | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| B | M | ▓▓▓▓1984 | INACTIVE | 29 | BRO | BLK | 507 | 140 |

## CHARGES

**1**
Violation Code 812.133-2B   Violation Description ROBBERY-CARJACKING WITHOUT FIREARM OR WEAPON   Violation Level F
Violation Description 2 WARR:CARJACKING WITHOUT FIREARM OR WEAPON
Agency Case # 13029790   OBTS # 4201209384   End Of Sentence Date
Required Bond Type N/A   Bond Company Number   Bond Group # 0   Required Bond Amt 0.00   Required Cash Amt 0.00
Court Case # 13-CF-2933   Next Court Date   Next Court Type   Clear Type DOC
Arrest Date 10/18/13 3:10:00 PM -04:00   Arrest Location MCJ

**2**
Violation Code 784.045-1A2   Violation Description AGGRAV BATTERY-PERSON USES A DEADLY WEAPON   Violation Level F
Violation Description 2 WARR:AGGRAV BATTERY-PERSON USES A DEADLY WEAPON FILED AS BATTERY PRIOR OFFENSE
Agency Case # 13029790   OBTS # 4201209384   End Of Sentence Date
Required Bond Type N/A   Bond Company Number   Bond Group # 0   Required Bond Amt 0.00   Required Cash Amt 0.00
Court Case # 13-CF-2933   Next Court Date   Next Court Type   Clear Type DOC
Arrest Date 10/18/13 3:10:00 PM -04:00   Arrest Location MCJ

**3**
Violation Code 914.22-1   Violation Description OBSTRUCTING JUSTICE-INTIMIDATE THREATEN ETC VICT WITNESS INFORMANT   Violation Level F
Violation Description 2 WARR:TAMPER W/VICTIM
Agency Case # 13029790   OBTS # 4201209384   End Of Sentence Date
Required Bond Type N/A   Bond Company Number   Bond Group # 0   Required Bond Amt 0.00   Required Cash Amt 0.00
Court Case # 13-CF-2933   Next Court Date   Next Court Type   Clear Type DOC
Arrest Date 10/18/13 3:10:00 PM -04:00   Arrest Location MCJ

**4**
Violation Code 800.03   Violation Description EXPOSURE OF SEXUAL ORGANS   Violation Level M
Violation Description 2 I/C EXPOSURE OF SEXUAL ORGANS
Agency Case # 13030689   OBTS # 4201209384   End Of Sentence Date 6/24/14
Required Bond Type N/A   Bond Company Number   Bond Group # 0   Required Bond Amt 0.00   Required Cash Amt 0.00
Court Case # 13-MM-8267   Next Court Date   Next Court Type   Clear Type CTS
Arrest Date 10/29/13 11:30:00 AM -04:00   Arrest Location MCJ

**5**
~~Violation Code 784.07-2B   Violation Description BATTERY-ON OFFICER FIREFIGHTER EMT ETC   Violation Level F~~
~~Violation Description 2 I/C BATTERY-ON OFFICER FIREFIGHTER EMT ETC~~
~~Agency Case # 14003956   OBTS # 4201209384   End Of Sentence Date~~
~~Required Bond Type N/A   Bond Company Number   Bond Group # 0   Required Bond Amt 0.00   Required Cash Amt 0.00~~
~~Court Case # 14-CF-542   Next Court Date   Next Court Type   Clear Type DOC~~

EXHIBIT 2

Charges: 7

# INMATE DETAILS

| Field | Value |
|---|---|
| Booking Number | 1300037874 |
| Booking Date | 10/18/2013 06:30 |
| Date Released | 06/23/2014 09:05 |
| Inmate ID | A0220959 |
| Scheduled Release Date | 06/16/2014 09:00 |
| Last Name | SCONIERS |
| First Name | KIRSTIN |
| Middle Name | STEVEN |
| Location | |
| Race | B |
| Sex | M |
| Date of Birth | ▮▮▮▮1984 |
| Status | INACTIVE |
| Booking Age | 29 |
| Eye | BRO |
| Hair | BLK |
| Height | 507 |
| Weight | 140 |

## CHARGES

~~Violation Code 914.22-1   Violation Description OBSTRUCTING JUSTICE-INTIMIDATE THREATEN ETC VICT WITNESS INFORMANT   Violation Level F~~
~~Violation Description 2 WARR:TAMPER W/VICTIM~~
~~Agency Case # 13029790   OBTS # 4201209384   End Of Sentence Date~~
~~Required Bond Type N/A   Bond Company Number   Bond Group # 0   Required Bond Amt 0.00   Required Cash Amt 0.00~~
~~Court Case # 13-CF-2933   Next Court Date   Next Court Type   Clear Type DOC~~
~~Arrest Date 10/18/13 3:10:00 PM -04:00   Arrest Location MCJ~~

~~Violation Code 800.03   Violation Description EXPOSURE OF SEXUAL ORGANS   Violation Level M~~
~~Violation Description 2 I/C EXPOSURE OF SEXUAL ORGANS~~
~~Agency Case # 13030689   OBTS # 4201209384   End Of Sentence Date 6/24/14~~
~~Required Bond Type N/A   Bond Company Number   Bond Group # 0   Required Bond Amt 0.00   Required Cash Amt 0.00~~
~~Court Case # 13-MM-8267   Next Court Date   Next Court Type   Clear Type CTS~~
~~Arrest Date 10/29/13 11:30:00 AM -04:00   Arrest Location MCJ~~

5
Violation Code 784.07-2B   Violation Description BATTERY-ON OFFICER FIREFIGHTER EMT ETC   Violation Level F
Violation Description 2 I/C-BATTERY-ON OFFICER FIREFIGHTER EMT ETC
Agency Case # 14003956   OBTS # 4201209384   End Of Sentence Date
Required Bond Type N/A   Bond Company Number   Bond Group # 0   Required Bond Amt 0.00   Required Cash Amt 0.00
Court Case # 14-CF-542   Next Court Date   Next Court Type   Clear Type DOC
Arrest Date 2/13/14 2:00:00 PM -05:00   Arrest Location MCJ-IN CUSTODY

6
Violation Code 784.07-2B   Violation Description BATTERY-ON OFFICER FIREFIGHTER EMT ETC   Violation Level F
Violation Description 2 I/C-BATTERY-ON OFFICER FIREFIGHTER EMT ETC
Agency Case # 14003956   OBTS # 4201209384   End Of Sentence Date
Required Bond Type N/A   Bond Company Number   Bond Group # 0   Required Bond Amt 0.00   Required Cash Amt 0.00
Court Case # 14-CF-542   Next Court Date   Next Court Type   Clear Type DOC
Arrest Date 2/13/14 2:00:00 PM -05:00   Arrest Location MCJ-IN CUSTODY

7
Violation Code 843.02   Violation Description RESIST OFFICER-OBSTRUCT WO VIOLENCE   Violation Level M
Violation Description 2 I/C-RESIST OFFICER-OBSTRUCT WO VIOLENCE
Agency Case # 14003956   OBTS # 4201209384   End Of Sentence Date
Required Bond Type N/A   Bond Company Number   Bond Group # 0   Required Bond Amt 0.00   Required Cash Amt 0.00
Court Case # 14-CF-542   Next Court Date   Next Court Type   Clear Type CTS
Arrest Date 2/13/14 2:00:00 PM -05:00   Arrest Location MCJ-IN CUSTODY

Charges: 7

②