COURT FILE

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR MARION COUNTY
IN THE YEAR OF OUR LORD, TWO THOUSAND-FOURTEEN

THE STATE OF FLORIDA                    CASE NO. 2014-CF-000542-A-Y

vs                                      **INFORMATION**

KIRSTIN STEVEN SCONIERS

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

BRAD KING, State Attorney of the Fifth Judicial Circuit of the State of Florida, in and for Marion County prosecuting for the State of Florida, by and through the undersigned Assistant State Attorney, in the said County, under oath, information makes that: KIRSTIN STEVEN SCONIERS (R/G: B/M, DOB: ▓▓▓1984) in the County of Marion, and the State of Florida, on or about the 12th day of February in the year of Our Lord, twenty-fourteen:

**COUNT I**
**BATTERY ON DETENTION STAFF OR JUVENILE PROBATION OFFICER (F3)**
784.075

did unlawfully commit battery upon JESSE LOCKHART, a Detention Facility Staff Member, by intentionally touching or striking JESSE LOCKHART against his will, or by intentionally causing bodily harm, in violation of Florida Statutes 784.075 and 784.03;

**COUNT II**
**BATTERY ON DETENTION STAFF OR JUVENILE PROBATION OFFICER (F3)**
784.075

and the Assistant State Attorney upon his oath aforesaid, further information makes that KIRSTIN STEVEN SCONIERS (R/G: B/M, DOB: 05/22/1984) in the County of Marion, and the State of Florida, on or about the 12th day of February in the year of Our Lord, twenty-fourteen, in the County and State aforesaid did unlawfully commit battery upon MATTHEW B MCNEELY, a Detention Facility Staff Member, by intentionally touching or striking MATTHEW B MCNEELY against his will, or by intentionally causing bodily harm, in violation of Florida Statutes 784.075 and 784.03;

**COUNT III**
**RESIST LAW ENFORCEMENT OFFICER W/OUT VIOLENCE (M1)**
843.02

and the Assistant State Attorney upon his oath aforesaid, further information makes that KIRSTIN STEVEN SCONIERS (R/G: B/M, DOB: 05/22/1984) in the County of Marion, and the State of Florida, on or about the 12th day of February in the year of Our Lord, twenty-fourteen, in the County and State aforesaid did unlawfully resist, obstruct or oppose J. Lockhart with the Marion County Sheriff's Office, who was then and there in the lawful execution of a legal duty, or execution of legal process, to-wit: clearing the rober's area, without offering or doing violence to the person of such officer, in violation of Florida Statute 843.02;

contrary to the form of the statute in such cases made and provided and against the peace and dignity of the State of Florida.

STATE OF FLORIDA, COUNTY OF MARION

Personally appeared before me, BRAD KING, State Attorney for the Fifth Judicial Circuit, State of Florida, in and for Marion County, State of Florida, or his duly designated Assistant State Attorney, who first being sworn, says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true, and which if true, would constitute the offense therein charged. Prosecution instituted in good faith and subscribed under oath, certifying he has received testimony under oath from the material witness or witnesses of the offense.

FILED IN CRIMINAL
2014 MAR 14
CLERK CIRCUIT COURT
MARION COUNTY

Victoria Renee Grimes
Assistant to BRAD KING State Attorney
Fifth Judicial Circuit of Florida
Florida Bar No. 98977

RHONDA K. WEBER
Commission # EE 833438
Expires October 8, 2016
Bonded Thru Troy Fain Insurance 800-385-7019

Sworn to and subscribed before me this 14 day of March, 2014.

Rhonda K. Weber
Affiant Personally Known to Notary Public

Electronically Filed M-2014-09517

**EXHIBIT 1**