UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KIRSTIN SCONIERS,**

    **Plaintiff,**

v.                                           Case No: 5:14-cv-237-RBD-PRL

**FNU LOCKHART,**

    **Defendant.**

**ORDER**

Plaintiff, now proceeding *pro se*, initiated this case by filing a civil rights complaint. The operative compliant is his Second Amended Complaint. (Doc. 131). The remaining issues are whether Defendant Lockhart used excessive force in violation of the Eighth Amendment when he pepper-sprayed and used a take-down maneuver on Plaintiff and whether Defendant Lockhart sexually assaulted Plaintiff.

Pending before the Court is a Joint Motion for a Telephonic Hearing on Pending Motions. (Doc. 137). The Motion (Doc. 137) is **GRANTED** to the extent that a Virtual Status Conference, attended by Plaintiff and Defendant's Counsel, was held on March 5, 2021.

Also pending is Defendant's Motion to Extend Mediation and Discovery Deadlines. (Doc. 135). On May 27, 2020, the Court's Case Management and Scheduling Order ("CMSO") was entered setting the case's important deadlines. (Doc. 123). Upon due consideration, the Motion (Doc. 135) is **GRANTED** to the extent set forth below and the listed deadlines are updated as follows[1]:

---

[1] While Defendant requested later dates, it does not appear that the remaining discovery in this case would be substantial.

- Completion of Discovery – June 1, 2021.

- Summary Judgment, *Daubert*, and *Markman* Motions – July 1, 2021.

- Mediation[2] Deadline – September 1, 2021.

The balance of the CMSO remains unchanged and in full effect.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 8th day of March 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:   *Pro Se* Plaintiff
             Counsel of Record

---

[2] If the parties are agreeable to a mediation before a magistrate judge before (in addition to or in lieu of an agreed to mediator), they can request that one be scheduled.