**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

---

**KIRSTIN SCONIERS,**

        Plaintiff,

v.                                                                Case No:  5:14-cv-237-RBD-PRL

**FNU LOCKHART,**

        Defendant.

| JUDGE: | Philip R. Lammens | COUNSEL FOR PLAINTIFF: | Kirstin Sconiers (pro-se) |
|---|---|---|---|
| DEPUTY CLERK: | Mari Jo Taylor | COUNSEL FOR DEFENDANT: | Ian D. Forsythe |
| COURT REPORTER | No recording per Judge | DATE/TIME | June 14, 2021<br>8:57 am – 12:10 pm<br>3 hours 13 minutes |

**CLERK'S MINUTES – SETTLEMENT CONFERENCE**

Pro-Se plaintiff Kirstin Sconiers and Counsel for defendant FNU Lockhart in attendance.

Also appearing for the defendant are Timothy McCourt, General Counsel for the Sheriff, Marissa Crill, Assistant General Counsel for the Sheriff and Caryl Kilinski, Representative for the Sheriff's Office.

Parties have reached a settlement.

**ORDER TO ENTER.**