UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KIRSTIN SCONIERS,**

    **Plaintiff,**

v.                                                     Case No:  5:14-cv-237-RBD-PRL

**FNU LOCKHART,**

    **Defendant.**

## REPORT

On June 14, 2021, in Ocala, Florida, I conducted a settlement conference. The Plaintiff, appearing pro se, and the attorney of record for Mr. Lockhart, along with claims counsel for the Florida Sheriffs Risk Management Fund and counsel for the Marion County Sheriff's Office, appeared. The parties reached a full settlement. Payment was agreed to be made to the Plaintiff within 30 days, each side bears its own costs and fees, and the case will be dismissed with prejudice.

Dated: June 14, 2021

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding United States District Judge
Counsel of Record
Pro-Se Plaintiff