# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**KIRSTEN SCONIERS,**

    **Plaintiff,**

**v.**                                         **Case No: 5:14-cv-237-RBD-PRL**

**FNU LOCKHART,**

    **Defendant.**
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Report from the Magistrate Judge indicating that he conducted a settlement conference and that this case has settled. *See* Doc. 148. Accordingly, it is **ORDERED AND ADJUDGED:**

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE**, subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 29, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record
Pro Se Plaintiff